# FLYNN & WIETZKE, P.C.

1205 Franklin Avenue, Suite 370
Garden City, N.Y. 11530
Tel: (516) 877-1234  Fax: (516) 877-1177

Marc Wietzke, Esq.
Admitted in NY & NJ
_____
Sean Constable, Esq.
Admitted in NY & MA
_____
Michael Flynn, Esq., Of Counsel

Offices throughout the Northeast
Toll Free: (866) 877-FELA

February 27, 2020

Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: MATTHEW KAY V. PORT AUTHORITY TRANS HUDSON CORP.
     18 Civ. 11327 (GHW)(NF)

Dear Judge Liman:

I am plaintiff's counsel in the above-entitled case scheduled for a Final Pre-Trial Conference on April 15, 2020 with trial commencing on May 4, 2020. Plaintiff's Opposition to Defendant's Motions in Limine has been filed. Defendant's Reply, if any, is due March 3, 2020.

I write jointly with defense counsel to request that the Final Pre-Trial Conference be rescheduled since I will be out of the country on vacation with my family from April 11, 2020 through April 18, 2020, the only week when my high school-age children are both out of school and because defense counsel will be actually engage in trial that week. The parties are available either prior to April 11th or after April 18th. We have not written earlier because we were hoping settlement discussions might negate the conference altogether.

I have spoken with defense counsel and he consents to the request. The parties have reviewed their respective calendars and are available on April 3, 2020. Alternatively, the parties propose a telephone conference in order to arrive at a date and time for the Final Pre-Trial Conference that is convenient to the Court.

Consequently, it is respectfully requested that the Final Pre-trial Conference be rescheduled to a date and time listed above or to a date and time convenient to the Court.

Respectfully submitted,

Marc Wietzke

MW:EF
cc: Thomas Brophy, Esq.

**MEMORANDUM ENDORSED**

Request for adjournment GRANTED. The pretrial conference scheduled for April 15, 2020 is adjourned, and will take place instead on April 3, 2020 at 4:30 p.m.
SO ORDERED.
3/11/2020.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge