UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
MATTHEW KAY,

                        Plaintiff,

      -v-

PORT AUTHORITY TRANS HUDSON CORP.,

                        Defendant.
---------------------------------------------------------------------X

18-cv-11327 (LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/2020

LEWIS J. LIMAN, United States District Judge:

    The Court held a telephone conference with parties on April 2, 2020. In light of the COVID-19 crisis, the previously scheduled trial has been adjourned and a new trial date is set for July 26, 2020. Trial is expected to take 4 days. A pretrial conference shall be held on July 23, 2020 at 4:30 p.m.

    By July 19, 2020, the parties shall file a joint letter addressing the pending motions in limine, including 1) any joint-stipulation and proposed order resolving the motions on which the parties agree, 2) a statement of what remains for the Court to decide, and 3) proposed jury instructions.

    SO ORDERED.

Dated: April 9, 2020
       New York, New York

                                      LEWIS J. LIMAN
                                      United States District Judge