```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
MATTHEW KAY,                                                     :
                                                                 :
                        Plaintiff,                               :
                                                                 :      18-cv-11327 (LJL)
            -v-                                                  :
                                                                 :      ORDER
PORT AUTHORITY TRANS HUDSON CORP.,                               :
                                                                 :
                        Defendant.                               :
                                                                 :
-----------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/29/2021
```

LEWIS J. LIMAN, United States District Judge:

ORDERED that a Jury Trial will begin in this case on Monday, October 4, 2021 at 9:30 a.m., pending the Court's ability to procure a jury for that date.

IT IS FURTHER ORDERED that the parties shall file a Joint Pretrial Order pursuant to the Court's individual practices by September 27, 2021. The Court will hold a final pretrial conference on September 30, 2021 at 10:00 a.m. by TELEPHONE CONFERENCE. At that date and time the parties are directed to dial the Court's conference line at 999-251-2909 (access code: 2123101).

SO ORDERED.

Dated: July 29, 2021
       New York, New York                         _____
                                                  LEWIS J. LIMAN
                                                  United States District Judge