```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
MATTHEW KAY,                                                       :
:
                        Plaintiff,                                 :
:        18-cv-11327 (LJL)
        -v-                                                        :
:              ORDER
PORT AUTHORITY TRANS HUDSON CORP.,                                 :
:
                        Defendant.                                 :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Jury Trial in this matter is set to proceed with Jury Selection in the Jury Assembly Room 160 on October 26, 2021.  The Jury Trial will take place in Courtroom 24A at the 500 Pearl Street Courthouse.  Parties are directed to report to Courtroom 24A by 9:30AM on October 26, 2021.  Parties are ordered to provide to the Court by 12:00PM on October 25, 2021, an ordered list of witnesses and an exhibit list.  Parties are further ordered to notify the Court, by end of day today, whether they agree to waive their right to have a court reporter present for Jury Selection.


      SO ORDERED.

Dated: October 22, 2021                    _____
      New York, New York                             LEWIS J. LIMAN
                                                                    United States District Judge