UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MATTHEW KAY,

                Plaintiff                              18 Civ. 11327 (LJL)

  -against-                                                 JUDGMENT

PORT AUTHORITY TRANS HUDSON, CORP.,

                Defendant.
------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       After a jury trial before the Honorable Lewis J. Liman, United States District Judge, a jury rendered a verdict in favor of Plaintiff Matthew Kay against Defendant Port Authority Trans Hudson Corp., in the amount of $59,528.06 for past loss of earnings; $250,000.00 for Past pain and suffering and $500,000.00 for future pain and suffering.   The jury further found Defendant 100% at fault.

       The parties have stipulated that Defendant claims a lien of $66,278.84 for past medical expenses spent on behalf of Plaintiff.  The parties further have stipulated that this claimed medical expense lien amount be added to any verdict rendered in favor of Plaintiff, prior to entry of judgment.  Plaintiff's total verdict is therefore $875,806.90.

       Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED**:  That Judgment is entered in favor of Plaintiff Matthew Kay as against Defendant Port Authority Trans Hudson Corp. for the total sum of $875,806.90.

       It is further **ORDERED** that based on agreement of the parties, defendant may withhold from payment of the Judgment the medical expense lien of $66,278.84, the wage lien of $18,251.52 and Railroad Retirement Board lien of $8,726.03. Defendant shall pay the RRB lien amount to RRB.

SO ORDERED:

Dated:  October 29, 2021
        New York, New York                                      _____
                                                              LEWIS J. LIMAN
                                                            United States District Judge